IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION: 6027572 |
|---|---|
| Plaintiff, | |
| vs. | Location Code: M13 |
| DEIRDRE H. EARLS, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6027572 is DISMISSED.

DATED this 3rd day of August, 2017.

_____
John Johnston
United States Magistrate Judge

CERTIFICATE OF MAILING
DATE: 8-4-17 BY mS
I hereby certify that a copy of this order was mailed to:
AUSA
DSH